IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **Marsha Howland**<br><br>  Plaintiff<br>vs.<br><br>**FLANAGAN, LIEBERMAN, HOFFMAN & SWAIM, et al.**<br><br>  Defendants | Case No.: 3:17-cv-230<br><br><br><br>Judge: Walter H. Rice<br><br><br>ENTRY OF DISMISSAL |

The parties report that all matters in controversy have been resolved between them. This case is hereby dismissed with prejudice. Each party to bear his own costs. The Court retains jurisdiction only for the purpose of enforcing the parties' out-of-court settlement agreement if a party requests enforcement.

_____
Judge Walter H. Rice

/s/ Miriam H. Sheline
_____
Miriam H. Sheline, (0018333)
Trial Attorney for Plaintiffs

/s/ Nadia Klarr
_____
Nadia Klarr,
Attorney for Defendants